# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MAXIMIN BRONNER LEVAN,

    Petitioner,

v.                                          CASE NO. 4:17cv230-RH/CAS

JEFF SESSIONS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

The petitioner Maximin Bronner Levan filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 while he was being detained pending removal from the country. He challenged his continued detention. The magistrate judge issued a report and recommendation concluding that Mr. Levan's removal was likely in the reasonably foreseeable future and that the petition thus should be denied. ECF No. 15. The government filed on October 18, 2017, a further status indicating that Mr. Levan's removal was scheduled for the first week of November 2017. Mr. Levan has filed nothing further. The deadline for objections to the report and recommendation has passed. It thus appears that Mr. Levan has either been removed or that his removal in the foreseeable future is likely. Accordingly,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's further opinion. The clerk must enter judgment stating, "The petition is denied without prejudice." The clerk must close the file.

SO ORDERED on November 27, 2017.

                                                s/Robert L. Hinkle
                                                United States District Judge